**No. 10-9685. Donald York, Petitioner v. United States.**

563 U.S. 954, 131 S. Ct. 2140, 179 L. Ed. 2d 925, 2011 U.S. LEXIS 2983.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 405 Fed. Appx. 943.

**No. 10-9686. Oloruntade Olumuyiwa, aka John Doe, aka Markus Heukelom, Petitioner v. United States.**

563 U.S. 954, 131 S. Ct. 2140, 179 L. Ed. 2d 925, 2011 U.S. LEXIS 2970.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 406 Fed. Appx. 243.